

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 17, 2022

No. 04-21-00547-CV

**STATE** of Texas,
Appellant

v.

William **MCMANUS**, in his official capacity as the Chief of San Antonio Police Department,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-00942
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

In this accelerated appeal, appellee's brief originally was due on February 22, 2022.  On February 16, 2022, appellee filed an unopposed motion requesting a twenty-day extension of time.

The motion is GRANTED, and appellee's brief is due **no later than March 14, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court